**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT E. HOWELL, SR.,                                            PLAINTIFF
ADC #148453

v.                      No. 4:14CV00129 JLH-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; et al.                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants Ray Hobbs and Pierce are DISMISSED from this action for plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 15th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE