**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT E. HOWELL SR.,                                                                                    PLAINTIFF
ADC # 148453

v.                                           No. 4:14CV00129 JLH-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's motion for preliminary injunction and temporary restraining order is denied. Document #9.

2.      Plaintiff's motion for ruling regarding motion for preliminary injunction and temporary restraining order is denied as moot. Document #13.

SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE