# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT E. HOWELL, SR.     PLAINTIFF
ADC #148453

v.      No. 4:14CV00129-JLH-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Lay's motion for summary judgment is GRANTED. Document #25.

2. Plaintiff's complaint is DISMISSED without prejudice, for failure to exhaust his administrative remedies.

DATED this 25th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE